UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY JO WINES,<br><br>Defendant. | No. CR-13-008-WFN-39<br><br>ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER<br><br>--- ACTION REQUIRED BY ---<br>U.S. MARSHAL |

Based upon the discussion in the Supplemental Pretrial Services Report filed May 22, 2013, ECF No. 1044, the undersigned is unable to conclude Judge Mumm's detention order of March 1, 2013, should be altered. Accordingly, Defendant's Motion to reconsider, **ECF No. 840**, is **DENIED.**

At the May 2, 2013, hearing, Defendant also requested that he be housed at the Spokane County Jail. The U.S. Marshal is directed to review whether Defendant can be housed at the Spokane County Jail for two-week periods whenever he is scheduled for court hearings. For other blocks of time, Defendant timely must submit his request for transport with the U.S. Marshal.

In addition, the U.S. Marshal is directed to review whether there can be visitation at the holding cells at the Spokane U.S. Courthouse to permit lengthier visitation between counsel and the client when Defendant is in Spokane.

DATED May 29, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1