UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   -vs-<br><br>BOBBY JOE WINES, JR.,<br><br>                    Defendant. | No.   2:13-CR-0008-WFN-39<br><br>ORDER |

Pending before the Court is Defendant's *pro se* Motion for Reconsideration. ECF No. 4112. Defendant has not stated a basis for reconsideration of the Court's original ruling. The Court has reviewed the original Order and sees no legal error or mistake of fact. Further the Court notes that while when fashioning the original sentence the Court not only took into account the Defendant's relevant conduct and role in the offense while calculating the guidelines, but the Court also took pains to ensure that there was no sentencing disparity between co-Defendants. Due to the timing of the case, co-Defendants were sentenced pursuant to both the old and new drug quantity chart. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that Defendant's *pro se* Motion for Reconsideration, filed May 26, 2016, **ECF No. 4112,** is **DENIED**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** *pro se* Defendant.

**DATED** this 2nd day of June, 2016.

                         s/ Wm. Fremming Nielsen
                    _____
                         WM. FREMMING NIELSEN
                    SENIOR UNITED STATES DISTRICT JUDGE

04-28-16

ORDER